UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| RICKY LEE ALLEN, | ) |
|     Plaintiff, | ) |
| v. | ) No.: 4:21-CV-37-KAC-CHS |
| DEPUTY JAKUB WATTS, VANBUREN COUNTY JAIL/LOCKUP, EDDIE CARTER, VANBUREN COUNTY SHERIFF'S DEPT., REBECCA GRISSON, and VANBUREN COUNTY, | ) |
|     Defendants. | ) |

## JUDGMENT ORDER

For the reasons set forth in the Memorandum and Order filed herewith, it is **ORDERED** and **ADJUDGED** that this prisoner's pro se civil rights action, filed under 42 U.S.C. § 1983, is **DISMISSED** for failure to state a claim upon which relief may be granted. *See* 28 U.S.C. § 1915A.

Because the Court **CERTIFIED** in the Memorandum and Order that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

                                             s/Katherine A. Crytzer
                                             KATHERINE A. CRYTZER
                                             United States District Judge

ENTERED AS A JUDGMENT
*/s/ LeAnna R. Wilson*
CLERK OF COURT